# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00106-CR

**Christian Uskanga-Torres, Appellant**

**v.**

**The State of Texas, Appellee**

## FROM THE DISTRICT COURT OF LLANO COUNTY, 424TH JUDICIAL DISTRICT
## NO. CR6295, THE HONORABLE DANIEL H. MILLS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant, Christian Uskanga-Torres, was convicted by a jury of the first degree felony offense of aggravated sexual assault of a child. *See* Tex. Penal Code Ann. § 22.021(West 2011). The jury assessed his punishment at confinement in the Institutional Division of the Texas Department of Criminal Justice for 20 years and, in addition, assessed a $5,000 fine. *See id.* § 12.32 (West 2011).

Appellant's court-appointed attorney has filed a motion to withdraw supported by a brief concluding that the appeal is frivolous and without merit. The brief meets the requirements of *Anders v. California* by presenting a professional evaluation of the record demonstrating why there are no arguable grounds to be advanced. *See Anders v. California*, 386 U.S. 738, 744 (1967); *Garner v. State*, 300 S.W.3d 763, 766 (Tex. Crim. App. 2009); *see also Penson v. Ohio*, 488 U.S. 75 (1988). Appellant's counsel sent appellant a copy of the brief along with a letter advising appellant

of his right to examine the appellate record and file a pro se brief.  *See Anders*, 386 U.S. at 744; *Garner*, 300 S.W.3d at 766.  No pro se brief or other written response has been filed.

We have conducted an independent review of the record and find no reversible error. *See Anders*, 386 U.S. at 744; *Garner*, 300 S.W.3d at 766; *Bledsoe v. State*, 178 S.W.3d 824, 826-27 (Tex. Crim. App. 2005).  We agree with counsel that the record presents no arguably meritorious grounds for review and the appeal is frivolous.  Counsel's motion to withdraw is granted.  The judgment of conviction is affirmed.

_____

Melissa Goodwin, Justice

Before Justices Puryear, Henson, and Goodwin

Affirmed

Filed:   August 16, 2012

Do Not Publish